O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5.29.15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD WULFF,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN McMAHON, Sheriff,<br><br>    Respondent. | Case No. EDCV 15-0431-FMO (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action without prejudice pursuant to Rule 4 of the Rules Governing 2254 Cases in the United States District Courts.

DATED: May 27, 2015

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE