JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5.29.15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD WULFF,<br><br>Petitioner,<br><br>vs.<br><br>JOHN McMAHON, Sheriff,<br><br>Respondent. | Case No. EDCV 15-0431-FMO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing 2254 Cases in the United States District Courts.

DATED: May 27, 2015

_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE